IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | NO. CIV-16-0082-HE NO. CR-14-0158-HE |
| TAWNY BRYCE SAVAGE, | ) ) | |
| Defendant. | ) | |

## ORDER

The Court of Appeals for the Tenth Circuit has entered an order abating defendant's appeal pending a decision by this court on defendant's request for a certificate of appealability ("COA"). Given that this court construed defendant's Rule 60(b) motion as a second or successive motion to vacate pursuant to 28 U.S.C. § 2255 which the court did not have jurisdiction to rule on, *see* In re Cline, 531 F.3d 1249, 1251-52 (10th Cir. 2008), it is unclear why a ruling on a COA is necessary. Regardless, because defendant has not "made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), a COA is **DENIED**.

**IT IS SO ORDERED**.

Dated this 6th day of November, 2018.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE